TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

LEILANI DOKTOR
Environment and Natural Resources Division
Natural Resources Section
150 M St. NE
Washington D.C. 20002
Phone:  202-305-0447
Fax:  202-305-0506
leilani.doktor@usdoj.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Western Watersheds Project, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States Bureau of Land Management, <br><br> Defendant. | No. CV-21-01126-PHX-SRB <br><br> **JOINT REPORT ON SETTLEMENT DISCUSSIONS** |

Pursuant to this Court's November 8, 2021 Scheduling Order, ECF No. 17, the parties have engaged in good faith settlement talks through exchange of written settlement proposals. It is unclear whether the parties will be able to reach agreement to resolve this case through settlement as a key issue remains in dispute but Plaintiffs intend to respond to Defendant's December 13, 2021 letter on December 22, 2021.  The parties will also concurrently move forward with the litigation under the existing schedule.

1

Respectfully submitted this 20th day of December, 2021.

2

3
                                    TODD KIM
Assistant Attorney General

4
United States Department of Justice
Environment and Natural Resources Div.

5

6
*/s/ Leilani Doktor*
LEILANI DOKTOR

7
Trial Attorney, Natural Resources Section

8
Hawaii Bar No. 11201
P.O. Box 7611

9
Washington, D.C. 20044-7611

10
Phone:  202-305-0447
Fax:  202-305-0506

11
leilani.doktor@usdoj.gov

12

13
*Attorney for Defendants*

14
*/s/Lauren M. Rule*
Lauren M. Rule

15
ADVOCATES FOR THE WEST

16
3701 SE Milwaukie Ave, Suite B
Portland, OR 97202

17
(503) 914-6388

18
lrule@advocateswest.org

19

20
*/s/ Cynthia C. Tuell*
Cynthia C. Tuell

21
738 N. 5th Ave, Suite 206

22
Tucson, AZ 85705
(520) 272-2454

23
cyndi@westernwatersheds.org

24
*Attorneys for Plaintiffs*

25

26

27

28